JOHN RUSSELL, Respondent, v. NORFOLK SOUTHERN RAILROAD COMPANY, Appellant.— Determination appealed from and order of the City Court reversed,

with ten dollars costs and disbursements to appellant in this court and in the Appellate Term, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Merrell and McAvoy, JJ.